The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE CHUCKANUT PROJECT LLC d/b/a GLASSWORKS NORTHWEST, and KRISTI-THORNDIKE-KENT,<br><br>Plaintiffs,<br>v.<br><br>LORI MORENO,<br><br>Defendant. | No.  22:2-cv-1520<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME FOR PARTIES TO ENGAGE IN RULE 26(F) CONFERENCE, MAKE INITIAL DISCLOSURES, AND SUBMIT COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN** |

**ALL PARTIES HEREBY STIPULATE AS FOLLOWS:**

Plaintiffs, the Chuckanut Project LLC, d/b/a Glassworks Northwest, and Kristi Thorndike-Kent and defendant Lori Moreno (collectively, the "Parties"), by and through their respective counsel of record, hereby respectfully apply to this Court for an Order

Joint Stip. and Prop. Order to Extend Rule 26 Conference, Disclosures, and Plan
Cause No. 2:2-cv-1520
Page 1 of 3

Pruett Walters Larsen pllc
11120 NE 2nd Street
Suite 100
Bellevue, WA 98004
(425) 688-7620

extending by approximately 30 (thirty) days the deadlines set forth in the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. #6.)

Specifically, the Parties request that the Court set the following dates for initial disclosures and submission of the Joint Status Report and Discovery Plan:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | January 17, 2023 |
| Initial Disclosures Under FRCP 26(a)(1): | January 23, 2023 |
| Combined Joint Status Report and Discovery Plan Under FRCP 26(f) and LCR 26(f) | January 30, 2023 |

The Parties make this request because they are actively engaged in settlement discussions and believe that this extension will permit the Parties to resolve the matter without further application to the Court, thus reducing expenditures for the parties and reducing filings with the Court.

**IT IS SO STIPULATED**

Dated: December 14, 2022

PRUETT WALTERS LARSEN PLLC

/s/ *Daniel J. Gunter*
_____
Mark D. Walters, WSBA No. 25537
Daniel J. Gunter, WSBA No. 27491
11120 NE 2nd Street, Suite 100
Bellevue, WA 98004
Mark D. Walters: (206) 669-6986
mwalters@rpwlawfirm.com
Daniel J. Gunter: (206) 498-9891
dgunter@rpwlawfirm.com
Attorneys for Defendant, Lori Moreno

Joint Stip. and Prop. Order to Extend Rule 26 Conference, Disclosures, and Plan
Cause No. 2:2-cv-1520
Page 2 of 3

PRUETT WALTERS LARSEN PLLC
11120 NE 2nd Street
Suite 100
Bellevue, WA 98004
(425) 688-7620

Dated: December 14, 2022

A<small>RD</small> L<small>AW</small> G<small>ROUP</small> <small>PLLC</small>

/s/ *Joel B. Ard*

_____

Joel B. Ard, WSBA No. 40104
P.O. Box 11633
Bainbridge Island, WA 98110
206.701.9247
Joel@Ard.law
Attorneys for Plaintiffs

## ORDER

For good cause shown, the above Stipulation is adopted as follows:

The Court sets the following dates for initial disclosures and submission of the Joint Status Report and Discovery Plan:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | January 17, 2023 |
| Initial Disclosures Under FRCP 26(a)(1): | January 23, 2023 |
| Combined Joint Status Report and Discovery Plan Under FRCP 26(f) and LCR 26(f) | January 30, 2023 |

**IT IS SO ORDERED.**

DATED: December 14th day of December, 2022.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Joint Stip. and Prop. Order to Extend Rule 26 Conference, Disclosures, and Plan
Cause No. 2:2-cv-1520
Page 3 of 3

P<small>RUETT</small> W<small>ALTERS</small> L<small>ARSEN</small> <small>PLLC</small>
11120 NE 2nd Street
Suite 100
Bellevue, WA 98004
(425) 688-7620